IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**FAHIM JAMAL RASHAD**                                                         **PLAINTIFF**

V.                          No: 1:13CV00003 KGB/HDY

**JOHN FERGUSON** *et al.*                                            **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young (Dkt. No. 14). No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's motion for an order is DENIED (Dkt. No. 4).

DATED this 1st day of April, 2013.

_____
Kristine G. Baker
United States District Judge