**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**FAHIM JAMAL RASHAD**                                                                                   **PLAINTIFF**

v.                                      No. 1:13CV00003 KGB-HDY

**JOHN FERGUSON, DONALD VAULNER,**
**JANE DOES ONE AND TWO, and MRS. DOBBS**                                      **DEFENDANTS**

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young (Dkt. No. 20). After a careful review of the findings and recommendation, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion for preliminary injunction filed by plaintiff Fahim Jamal Rashad is denied (Dkt. No. 19).

SO ORDERED this 3rd day of April, 2013.

_____
Kristine G. Baker
United States District Judge