IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**FAHIM JAMAL RASHAD**                                                                                          **PLAINTIFF**

v.                                        No. 1:13CV00003 KGB/HDY

**JOHN FERGUSON, DONALD VAULNER,**
**JANE DOES ONE AND TWO, and MRS. DOBBS**                                        **DEFENDANTS**

<u>**ORDER**</u>

The Court has received findings and a recommendation from Magistrate Judge H. David Young (Dkt. No. 30). No objections have been filed. After a careful, *de novo* review of the record in this proceeding, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Any claim not related to plaintiff Fahim Jamal Rashad's failure to receive adequate medical care for the knot in his groin is dismissed without prejudice. He can raise his other claims in other cases.

SO ORDERED this 29th day of May, 2013.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge