**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

**FAHIM JAMAL RASHAD**                                                          **PLAINTIFF**

**v.**                        **Case No: 1:13-cv-00003 KGB/HDY**

**JOHN FERGUSON,** *et al.*                                                     **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge H. David Young and the objections filed (Dkt. Nos. 78, 86). After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that plaintiff's motion for injunctive relief (Dkt. No. 73) is denied.

SO ORDERED this 21st day of January, 2014.

_____
Kristine G. Baker
United States District Judge