**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

FAHIM JAMAL RASHAD                                                                                              PLAINTIFF

V.                                    NO: 1:13CV00003 KGB/HDY

JOHN FERGUSON *et al.*                                                                                       DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge Kristine G. Baker. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.  Why the record made before the Magistrate Judge is inadequate.

2.  Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.  The detail of any testimony desired to be introduced at the

> hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

On November 14, 2013, the Court entered an order granting a motion to compel filed by Defendants John Ferguson and Donald Vaulner, and directed Plaintiff to respond to their discovery request within 30 days (docket entry #112). On December 2, 2012, the Court entered an order granting Defendant Angela Dodd's motion to compel, and directed Plaintiff to respond to her discovery requests within 14 days (docket entry #115).

Now pending are motions to dismiss filed by Ferguson, Glenda Rose, and Vaulner (docket entry #128), and Dodd (docket entry #131). All Defendants seek dismissal of the complaint due to Plaintiff's failure to comply with the Court's orders and his failure to respond to their discovery requests. Although more than 14 days have passed, Plaintiff has not responded to either motion, and mail sent to his address of record has been returned as undeliverable (docket entries #133 & #134). Accordingly, the motions to dismiss should be granted, and Plaintiff's complaint should be dismissed without prejudice. In light of this recommendation, Defendants' pending motions for summary judgment should be denied as moot.

IT IS THEREFORE RECOMMENDED THAT:

1. The motions to dismiss filed by Defendants John Ferguson, Glenda Rose, and Donald Vaulner (docket entry #128), and by Angela Dodd (docket entry #131) be GRANTED, and Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with the Court's orders, failure to comply with Local Rule 5.5(c)(2), and for failure to prosecute.

2. All other pending motions be DENIED AS MOOT.

3. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this   11   day of February, 2014.

                                                      UNITED STATES MAGISTRATE JUDGE