## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

**FAHIM JAMAL RASHAD**                                                      **PLAINTIFF**

v.                    Case No: 1:13-cv-00003 KGB/HDY

**JOHN FERGUSON, et al.**                                                   **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge H. David Young (Dkt. No. 135). No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1.   The motions to dismiss filed by defendants John Ferguson, Glenda Rose, and Donald Vaulner (Dkt. No. 128) and by Angela Dodd (Dkt. No. 131) are granted, and plaintiff's complaint is dismissed without prejudice for failure to comply with the Court's Orders, for failure to comply with Local Rule 5.5(c)(2), and for failure to prosecute.

2.   All other pending motions are denied as moot.

3.   The Court certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ORDERED this 11th day of April, 2014.

_____
Kristine G. Baker
United States District Judge