# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

**FAHIM JAMAL RASHAD**                                              **PLAINTIFF**

v.                         Case No: 1:13-cv-00003 KGB/HDY

**JOHN FERGUSON, et al.**                                           **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 11th day of April, 2014.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge